ENEY GRUPELLI, APPELLANT, v. JACOB ROSEN, RESPONDENT.

Argued March 10, 1914—Decided May 19, 1914.

On appeal from the Supreme Court, in which court the following *per curiam* was filed:

The question presented in this case was decided by our Court of Errors and Appeals in *Mangonaro* v. *Kare,* 84 *N. J. L.* 408.

The judgment below will be affirmed, with costs.

For the appellant, *Charles A. Rathbun.*

For the appellee, *Willard W. Cutler.*

PER CURIAM.

The judgment under review should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, PARKER, BERGEN, KALISCH, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER, JJ. 9.

*For reversal*—None.